UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEROME KEITH BEASLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 1:14-cv-00148 |
| | ) JUDGE CRENSHAW |
| RICHARD TURNER and | ) |
| CITY OF LEWISBURG, TENNESSEE, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties have filed Stipulations of Dismissal with Prejudice (Doc. No. 59 and 60). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE